IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| JACQUELINE BARNARD, DENNIS SHERMAN, and STACEY PAYTON individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BANK, N.A., ASSURANT, INC., VOYAGER INDEMNITY INSURANCE COMPANY and AMERICAN SECURITY INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 1:15-cv-0008-TSB-KLL <br><br> Judge Timothy S. Black <br><br> Magistrate Judge Karen Litkovitz <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** |

WHEREAS, Plaintiffs Jacqueline Barnard, Dennis Sherman, and Stacey Payton ("Plaintiffs") filed the above-captioned action against Defendants U.S. Bank, N.A., Assurant, Inc., Voyager Indemnity Insurance Company, and American Security Insurance Company ("Defendants") on January 8, 2015; and

WHEREAS, a similar action involving lender-placed insurance is pending against Defendants in the United States District Court for the Southern District of Florida, captioned *Jackson v. U.S. Bank, N.A. et al.*, No. 1:14-cv-21252-FAM (S.D. Fla.) (the "*Jackson*" Action); and

WHEREAS, a settlement-in-principle has been announced in the *Jackson* Action, *see Jackson*, ECF No. 109; and

1

WHEREAS, in connection with that settlement, a Consolidated Amended Complaint will be filed in the *Jackson* Action joining the Plaintiffs in the above-captioned action with the plaintiffs in the *Jackson* Action (*id.*); and

WHEREAS, a motion for preliminary approval of the settlement of the consolidated action will then be presented to the Court for approval in the *Jackson* Action;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS (collectively, the "Parties"), hereby voluntarily stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of the above-captioned action without prejudice and without costs to either Party

Dated: September 28, 2015

By:     /s/Matthew R. Wilson
Matthew R. Wilson, OH Bar No. 0072925
Michael J. Boyle, Jr., OH Bar No. 0091162
**MEYER WILSON**
1320 Dublin Road, Suite 100
Columbus, Ohio  43215
Telephone: (614) 384-7031
Email: mwilson@meyerwilson.com

**NICHOLS KASTER, PLLP**
Kai Richter, MN Bar No. 0296545*
Megan Yelle, MN Bar No. 0390870*
   *admitted *pro hac vice*
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
Email: krichter@nka.com
          myelle@nka.com

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson, PA Bar No. 303059*
   *admitted *pro hac vice*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Facsimile: (215) 875-4604
Email: scarson@bm.net

*Attorneys for Plaintiffs*

2

Dated: September 28, 2015    By:  /s/Timothy C. Sullivan (per email authority)
Timothy C. Sullivan, OH Bar No. 0031069
**TAFT STETTINIUS & HOLLISTER LLP**
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
Email: Sullivan@taftlaw.com

**DORSEY & WHITNEY LLP**
Skip Durocher (*pro hac vice*)
Timothy J. Droske (*pro hac vice*)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorneys for Defendant U.S. Bank, N.A.*

Dated: September 28, 2015    By:   /s/  N. Trevor Alexander (per email authority)
N. Trevor Alexander (0080713)
David T Bules (0083834)
**CALFEE, HALTER & GRISWOLD LLP**
2800 First Financial Center
225 East Fifth Street
Cincinnati, Ohio  45202
Telephone: (513) 693-4880
Facsimile: (513) 842-7028
Email: talexander@calfee.com
         dbules@calfee.com

**CARLTON FIELDS JORDEN BURT, PA**
Frang G. Burt (*pro hac vice*)
W. Glenn Merten (*pro hac vice*)
Brian P. Perryman (*pro hac vice*)
Richard D. Euliss (*pro hac vice*)
1025 Thomas Jefferson Street NW
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
Email:  fburt@cfjblaw.com
          gmergen@cfjblaw.com
          bperryman@cfjblaw.com
          reuliss@cfjblaw.com

*Attorneys for Defendants Assurant, Inc.,*

3

*Voyageur Indemnity Insurance Company, and*
*American Security Insurance Company*

5

## CERTIFICATE OF SERVICE

I certify that on September 28, 2015, I electronically filed the Stipulation of Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record, who may access this filing through the Court's CM/ECF system.

                                                /s/Matthew R. Wilson
                                                Matthew R. Wilson